UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENFIT S. A.,<br><br>           Plaintiff,<br><br>     v.<br><br>CYMABAY THERAPEUTICS INC.,<br><br>           Defendant. | Case No. 21-cv-00395-MMC (AGT)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. Nos. 94, 95, 100 |

The two pending motions for a protective order (dkt. 95, 100) are denied without prejudice. The issues raised in those motions won't be considered unless they are presented in one or more joint statements, in compliance with Part VII.B of the undersigned's civil standing order.[1] The motion to seal portions of the dkt. 95 motion for a protective order (dkt. 94) is also denied. No good cause for sealing was articulated.

**IT IS SO ORDERED.**

Dated: October 13, 2021

ALEX G. TSE
United States Magistrate Judge

---

[1] *See* https://www.cand.uscourts.gov/wp-content/uploads/judges/Tse-AGT/AGT_Civil_Standing_Order_9-17-2021.pdf.