UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENFIT S. A.,<br><br>        Plaintiff,<br><br>    v.<br><br>CYMABAY THERAPEUTICS INC.,<br><br>        Defendant. | Case No. 21-cv-00395-MMC (AGT)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 125 |

The Court won't compel Dr. Hirschfield, a nonparty, to meet informally with Genfit; Genfit can depose Dr. Hirschfield under Rules 30 and 45. Nor will the Court evaluate in the abstract the reach of Dr. Hirschfield's confidentiality agreement with CymaBay. If the confidentiality agreement is invoked in response to a specific line of questioning at Dr. Hirschfield's deposition, the parties may, if necessary, bring a dispute about that invocation to the undersigned's attention after the deposition ends.

**IT IS SO ORDERED.**

Dated: December 9, 2021

ALEX G. TSE
United States Magistrate Judge