UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GENFIT S. A.,

                Plaintiff,

      v.

CYMABAY THERAPEUTICS INC.,

                Defendant.

Case No. 21-cv-00395-MMC (AGT)

**DISCOVERY ORDER**

Re: Dkt. No. 124

Genfit may pursue the subpoenas that it served on Dr. Hirschfield and Array Biostatistics LLC. Judge Chesney didn't stay discovery pending finalization of the pleadings; and Genfit's subpoenas, as subsequently narrowed, *see* Dkt. 130, are reasonably tailored to the facts of the case. Also, with respect to Dr. Hirschfield in particular, he will likely be a critical witness in the case (based on what has been alleged), so his participation might as well begin.

To the extent that CymaBay wishes to delay nonparty discovery until party discovery is well under way, CymaBay hasn't convinced the Court that this delay is warranted, at least with respect to the two nonparty subpoenas at issue.

To the extent that CymaBay is concerned that Dr. Hirschfield or Array Biostatistics might share information with Genfit that is sensitive to CymaBay, disclosures of that kind would likely be prohibited by a confidentiality agreement. Also, under the parties' stipulated protective order (Dkt. 62), Dr. Hirschfield and Array Biostatistics would be expected to designate sensitive information that they disclose to Genfit as confidential or highly confidential—and information that is designated as highly confidential would be restricted, with limited exceptions, to attorneys' eyes only.

CymaBay's request for relief from the nonparty subpoenas is denied.

**IT IS SO ORDERED.**

Dated: December 9, 2021

ALEX G. TSE
United States Magistrate Judge

United States District Court
Northern District of California