Adam S. Lurie (admitted *pro hac vice*)
Sean P. Mooney (admitted *pro hac vice)*
**LINKLATERS LLP**
1290 Avenue of the Americas
New York, NY 10104
T: (212) 903-9000
F: (212) 903-9100
adam.lurie@linklaters.com
sean.mooney@linklaters.com

Ryan W. Koppelman (CA SBN 290704)
Katherine G. Rubschlager (CA SBN 328100)
**ALSTON & BIRD LLP**
1950 University Avenue, Suite 430
East Palo Alto, CA 94303
T: (650) 838-2000
F: (650) 838-2001
ryan.koppelman@alston.com
katherine.rubschlager@alston.com

*Attorneys for Plaintiff GENFIT S.A.*

Jonathan P. Bach (admitted *pro hac vice*)
Daniel J. O'Neill (admitted *pro hac vice*)
Fabien M. Thayamballi (CA SBN 284752)
**SHAPIRO ARATO BACH LLP**
500 Fifth Avenue, 40th Floor
New York, NY 10110
T: (212) 257-4880
F: (212) 202-6417
jbach@shapiroarato.com
doneill@shapiroarato.com
fthayamballi@shapiroarato.com

Asim Bhansali (CA SBN 194925)
Kate Lazarus (CA SBN 268242)
**KWUN BHANSALI LAZARUS LLP**
555 Montgomery Street, Suite 750
San Francisco, CA 94111
T: (415) 630-2350
F: (415) 367-1539
abhansali@kblfirm.com
klazarus@kblfirm.com

*Attorneys for Defendant*
*CymaBay Therapeutics, Inc.*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENFIT, S.A., <br><br> *Plaintiff*, <br><br> v. <br><br> CYMABAY THERAPEUTICS, INC.; AND DOES 1-10; <br><br> *Defendants*. | Case No. 3:21-cv-00395-MMC <br><br> **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff GENFIT S.A. and Defendant CymaBay Therapeutics, Inc., by and through their attorneys of record, that the claims asserted by Plaintiff in the above captioned matter are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and that the preliminary injunction previously entered in this action (Docket #s 36 and 42) is hereby dissolved, without costs or attorney's fees to any party.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: February 23, 2023

ADAM S. LURIE
SEAN P. MOONEY
**LINKLATERS LLP**

AND

RYAN W. KOPPELMAN
KATHERINE G. RUBSCHLAGER

_____
Adam S. Lurie
*Attorneys for Plaintiff GENFIT S.A.*

Dated: February 23, 2023

JONATHAN P. BACH
DANIEL J. O'NEILL
FABIEN M. THAYAMBALLI
**SHAPIRO ARATO BACH LLP**

AND

ASIM BHANSALI
KATE LAZARUS
**KWUN BHANSALI LAZARUS LLP**

/s/ Jonathan P. Bach

_____
Jonathan P. Bach
*Attorneys for Defendant CymaBay Therapeutics, Inc.*

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(h)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

_/s/ Adam S. Lurie_
Adam S. Lurie